Gail E. Abbey, State Bar No. 248702
Email: gabbey@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone No.: (617) 239-0100
Fax No.: (617) 227.4420

Attorneys for Defendant Washington Mutual Bank

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS WILLIAMS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-cv-02418-WBS-GGH<br><br>**DECLARATION OF CHERI GORMAN IN SUPPORT OF DEFENDANT WASHINGTON MUTUAL BANK'S MOTION TO DISMISS** |

I, Cheri Gorman, do declare as follows:

1. I am a Senior Customer Advocate at the Card Services Division at Washington Mutual Bank ("Washington Mutual").

2. I submit this declaration, which is based on personal knowledge, in support of Washington Mutual's motion to dismiss Plaintiff Elvis Williams' Complaint.

3. Attached as Exhibit A is Mr. Williams' Welcome Letter, Terms Sheet, and Account Agreement.

4. Attached as Exhibit B is a copy of the information contained in Mr. Williams' billing statement for September 6, 2006 with Mr. Williams' address and personal financial information redacted.

1

Declaration of Cheri Gorman      Case No. 07-cv-02418-WBS-GGH

5. Attached as Exhibit C is a copy of Mr. Williams' September 2006 "Important Notice of Changes to [Cardholder's] Account Agreement."

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate, and that this declaration was executed on November 16, 2007 in Pleasanton, California.

*Cheri Gorman* (signature)

Cheri Gorman

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be delivered to the following non-registered participant:

Barry L. Kramer
Law Office of Barry L. Kramer
11111 Santa Monica Blvd., Suite 1860
Los Angeles, CA 90025-3325

/s/ Gail E. Abbey
Gail E. Abbey