Gail E. Abbey, State Bar No. 248702
Email: gabbey@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone No.: (617) 239-0100
Fax No.: (617) 227.4420

Attorneys for Defendant Washington Mutual Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS WILLIAMS, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 07-cv-02418-WBS-GGH<br><br>**APPENDIX IN SUPPORT OF DEFENDANT WASHINGTON MUTUAL BANK'S MOTION TO DISMISS** |

In support of Defendant Washington Mutual Bank's Motion to Dismiss, Defendant provides the following court records and decisions for this Court's convenience.

1. Attached as Exhibit A is a copy of the decision in *Augustine v. FIA Card Services, N.A.,* 485 F.Supp.2d 1172 (E.D. Cal. 2007).

2. Attached as Exhibit B is a copy of the Civil Minutes reflecting the Court's order granting defendant's motion to dismiss plaintiff's complaint in *McCoy v. Chase Manhattan Bank USA,* SACV 06-107 JVS (C.D. Cal. August 10, 2006).

3. Attached as Exhibit C is a copy of the decision in *Penner v. Chase Bank USA, N.A.,* No. C06-5092, 2006 WL 2192435 (W.D. Wash. August 1, 2006).

4. Attached as Exhibit D is a copy of the decision in *Evans v. Chase Manhattan Bank USA, N.A.,* No. C05-3968, 2006 WL 213740 (N.D. Cal. Jan. 27, 2006).

5. Attached as Exhibit E is a copy of the Civil Minutes reflecting the Court's order granting

defendant's motion to dismiss plaintiffs' complaint in *Dugan v. Chase Manhattan Bank USA*, No. 05-cv-484-CJC (C.D. Cal. July 26, 2005).

6. Attached as Exhibit F is a copy of the Complaint in *Yeomalakis v. Wash. Mut. Bank*, No. 07-11365 (D. Mass. filed June 21, 2007).

Respectfully submitted,
**WASHINGTON MUTUAL BANK**
By its Attorneys,

EDWARDS ANGELL PALMER & DODGE LLP

By:   /s/ Gail E. Abbey
Gail E. Abbey (State Bar No. 248702)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be delivered to the following non-registered participant:

Barry L. Kramer
Law Office of Barry L. Kramer
11111 Santa Monica Blvd., Suite 1860
Los Angeles, CA 90025-3325

/s/ Gail E. Abbey
Gail E. Abbey