UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ELVIS WILLIAMS, an individual, on behalf of himself and others similarly situated,

        Plaintiff,

   v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank,

        Defendant.
                                     /

NO. CIV. 2:07-2418 WBS GGH

ORDER

----oo0oo----

        The above-captioned matter is before the court on a limited remand from the Ninth Circuit to determine "which party, Chase or the FDIC, is the proper successor to Washington Mutual in this case."  After considering the parties' suggestions, the court finds that an expedited briefing schedule with separate briefs from plaintiff Elvis Williams, defendant Federal Deposit Insurance Corporation ("FDIC"), and real-party-in-interest Chase Bank USA, N.A. ("Chase") will best address the issue before the

1

court.[1]

IT IS THEREFORE ORDERED that Williams, FDIC, and Chase shall submit individual opening briefs no later than December 9, 2009; each party may then file a responsive brief no later than December 16, 2009; and oral argument is set for 2:00 p.m. on December 21, 2009.

IT IS SO ORDERED.

DATED: November 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Although the Ninth Circuit's Order remanding this action is dated September 15, 2009, the court has yet to receive formal notice of the Ninth Circuit's limited remand. In fact, the court did not learn about the Ninth Circuit's September 15, 2009 Order until an individual from the Ninth Circuit contacted the court in early November 2009 to inquire why the court had not taken action. The court will thus schedule an expedited hearing to ensure that the issue before the court on remand is resolved as promptly as possible.

2